AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Mobile Telephone 206-696-9070 (TT5), more fully described in Attachment A2 | )<br>)<br>)  Case No.   MJ21-5013-02<br>)<br>)<br>) |

FILED _____ LODGED _____
_____ RECEIVED
Mar 18, 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Western   District of   Washington
*(identify the person or describe the property to be searched and give its location)*:

Mobile telelphone 206-696-9070 (TT5), as described in Attachment A2, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B2, Attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☒ for   30   days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   01/15/2021 9:30 am

*Judge's signature*

City and state:   Tacoma, Washington                J. RICHARD CREATURA, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: <br> MJ21-5013-02 | Date and time warrant executed: <br> January 19, 2021 at 8:18am | Copy of warrant and inventory left with: <br> Via Email to T-Mobile |
| Inventory made in the presence of : <br> N/A | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> Digital Files provided for the requested target telephone to include: <br> - Call Detail Records <br> - Cell Site Records <br> - Subscriber information <br> - Other records and files listed in attatchment B. | | |

| **Certification** |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date: 3/16/2021 <br><br> RICHARD SCHROFF <br> *Digitally signed by RICHARD SCHROFF Date: 2021.03.16 09:54:57 -07'00'* <br> *Executing officer's signature* <br><br> Richard Schroff, Special Agent <br> *Printed name and title* |

# ATTACHMENT A2

## Property to Be Searched and Subscriber/Subject Information

Records and information associated with the cellular phone assigned call number:

**TT5: (206) 696-9070**

that is in the custody or control of T-Mobile, a service provider headquartered at 4 Sylvan Way, Parsippany, NJ 07054.

ATTACHMENT A2 - 1
USAO # 2020R00599

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B2
# Particular Things to be Seized

## I. Section I: Information to be Disclosed by T-Mobile

To the extent that the information described in Attachment A is within the possession, custody, or control of T-Mobile, regardless of whether such information is located within or outside of the United States, including any records, files, logs, or information that has been deleted but is still available to T-Mobile, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), T-Mobile is required to disclose the following information to the government for each account or identifier listed in Attachment A:

1. **Subscriber/Account Information.**  The following non-content information about the customers or subscribers associated with the Accounts listed in Attachment A:

    a. Names (including subscriber names, usernames, and screen names);

    b. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

    c. Local and long-distance telephone connection records from May 1, 2020 to August 18, 2020;

    d. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions from May 1, 2020 to August 18, 2020;

    e. Length of service (including start date) and types of service utilized;

    f. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"), Mobile Identification Number ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");

ATTACHMENT B2 - 1
USAO # 2020R00599

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

  g. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and

  h. Means and source of payment for such service (including any credit card or bank account number) and billing records.

 2. **Historical Cell Cite Location Information.**

  a. All records and other information (**not including the contents of communications**) relating to wire and electronic communications sent or received by the Accounts from **May 1, 2020 to August 18, 2020**, including:

   i. the date and time of the communication, the method of the communication, and the source and destination of the communication (such as the source and destination telephone numbers (call detail records), email addresses, and IP addresses); and

   ii. historical cell site information regarding the cell tower and antenna face (also known as "sectors") through which the communications were sent and received.  This information is to be provided irrespective of the application, name, or report utilized by T-Mobile.  Accordingly, this information includes the following data sets to the extent that they are collected by T-Mobile: RTT, PLU, PCMD, NELOS, EVDO, TruCall, ALULTE, and Timing Advance.

  b. The physical address and coverage maps of cell towers used by the Accounts.

**The Provider is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.**

 II. <u>Section</u> II:  Information to Be Seized by the Government

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 1956 (money laundering) ,21 U.S.C. § 841 (distribution of, and possession with intent to distribute controlled substances, and 21 U.S.C. § 846 (conspiracy to distribute drugs), those violations occurring between May 2020 and August 2020

ATTACHMENT B2 - 2
USAO # 2020R00599

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

including, for each account or identifier listed on Attachment A, information pertaining to the following matters:

    3.    Evidence of the sale and possession of illegal drugs.

    4.    Evidence of money laundering.

    5.    Evidence of the relationship between co-conspirators.

    6.    Evidence of the location and identity of the individuals using the Accounts.

    7.    All non-content subscriber/account information provided pursuant to 18 U.S.C. § 2703(c).

    8.    Evidence of introduction of drugs into a confinement facility.

    9.    Evidence of a conspiracy to distribute drugs.

Law enforcement personnel (who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, agency personnel assisting the government in this investigation, and outside technical experts under government control) are authorized to review the records produced by T-Mobile in order to locate the things particularly described in this Warrant.

ATTACHMENT B2 - 3
USAO # 2020R00599

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970